# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

FILED 2010 FEB -8 PM 1:32
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | CASE NO: **05-81449** |
| **HAROLD JAY BAKER** ) | |
| **KRISTINE MARIA BAKER** ) | MARILYN SHEA-STONUM |
| ) | BANKRUPTCY JUDGE |
| Debtor(s) ) | |
| ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **ALLTEL COMMUNICATIONS**
   **Check No. 722267**
   **Claim #010**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$24.08** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **2/5/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Handwritten:* Ck # 738615
Receipt # 81261

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**HAROLD JAY BAKER**
449 GRAHAM ROAD APT 13
CUYAHOGA FALLS, OH 44221
(Via Regular Mail)

**KRISTINE MARIA BAKER**
1373 WHITEHALL DRIVE
MOGADORE, OH 44260
(Via Regular Mail)

**JAMES F CICCOLINI** (via ECF)

**ALLTEL COMMUNICATIONS**
ONE ALLIED DRIVE
LITTLE ROCK, AR 77202
(via Regular Mail)

Date of Service: **2/5/2010**  By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com