THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 MAR 17 PM 1:18
U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

IN RE: ) CHAPTER 13
) CASE NO: **05-81449**
**HAROLD JAY BAKER** )
**KRISTINE MARIA BAKER** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **ALLTEL COMMUNICATIONS**
    **Check No. 725023**
    **Claim #010**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$1.44** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **3/16/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Ck # 742169*
*Receipt # 81350*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

HAROLD JAY BAKER
449 GRAHAM ROAD APT 13
CUYAHOGA FALLS, OH 44221
(Via Regular Mail)

KRISTINE MARIA BAKER
1373 WHITEHALL DRIVE
MOGADORE, OH 44260
(Via Regular Mail)

JAMES F CICCOLINI (via ECF)

ALLTEL COMMUNICATIONS
ONE ALLIED DRIVE
LITTLE ROCK, AR 77202
(via Regular Mail)

Date of Service: **3/16/2010**

By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com